■ In the Matter of JUSTIN MARTINEZ, Appellant, v NEW YORK CITY DEPARTMENT OF BUILDINGS, Respondent. [993 NYS2d 909]—Judgment, Supreme Court, New York County (Cynthia S. Kern, J.), entered April 2, 2013, denying the petition to annul respondent's determination, dated May 31, 2012, which denied petitioner's application for a master fire suppression piping contractor license, and dismissing the proceeding brought pursuant to CPLR article 78, unanimously affirmed, without costs.

Respondent's denial of petitioner's application for a master fire suppression piping contractor's license was not arbitrary and capricious (*see Matter of Tsamos v Department of Citywide Admin. Servs.*, 107 AD3d 604 [1st Dept 2013]; *Matter of Padmore v New York City Dept. of Bldgs.*, 106 AD3d 453 [1st Dept 2013]). The submissions accompanying the application established that petitioner had not had the requisite seven years of full-time work experience (*see* Administrative Code of City of NY § 28-410.4.1 [1]; 1 RCNY 104-01 [c]).

In light of the foregoing, we do not reach petitioner's remaining contention. Concur—Friedman, J.P., Sweeny, Acosta, Saxe

and Manzanet-Daniels, JJ.